# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Lighthouse Consulting Group, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Citizens Financial Group, Inc., <br><br> Defendant. | Civil Action No. 2:19-cv-00340-JRG <br> LEAD CONSOLIDATED CASE <br><br> Jury Trial Demanded |

**ORDER GRANTING CITIZENS FINANCIAL GROUP, INC.'S OPPOSED MOTION TO STAY**

Before the Court is Defendant Citizens Financial Group, Inc.'s Opposed Motion to Stay. The Court, having considered same, is of the opinion the motion should be GRANTED.